UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KHALID K. KHAN | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:24-CV-226-FL |
| PNC BANK | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on July 8, 2024, and Copies To:**
Khalid K. Khan (via US mail) 1345 Lowenstein Street, Wake Forest, NC 27587


July 8, 2024                           PETER A. MOORE, JR., CLERK


                                          _/s/Sandra K. Collins_____
                              (By)    Sandra K. Collins, Deputy Clerk